# UNITED STATES COURT OF APPEALS
## FOR THE FOURTH CIRCUIT

1100 East Main Street, Suite 501, Richmond, Virginia 23219

July 15, 2014

_____

DOCKET CORRECTION NOTICE
_____

No.   14-1625,   <u>Commonwealth of VA ex rel v. Laboratory Corporation</u>
                 1:13-cv-01129-GBL-TCB

TO:   Justin Theodore Berger

FILING CORRECTION DUE:  July 18, 2014

Please make the correction identified below and file a corrected document by the date indicated.

**[X] Documents (i.e. transcript purchase order forms) were illegible, incomplete, or incorrect. Please correct as described and refile.**

[ ] Incorrect event used. Please refile document using [_____].

[ ] Incorrect filer selected. Please refile document, selecting correct filer.

[ ] PDF file is incompatible with CM/ECF. Please correct and refile the document.

[ ] Brief is not text-searchable. Please refile brief as a text-searchable PDF.

[ ] The court will enter an appearance only for counsel who have registered for electronic filing. Please register at **www.ca4.uscourts.gov** and refile document.

[ ] The court will enter an appearance only for counsel who are members in good standing of the court's bar. To apply for membership, submit an **application for admission** to practice.

[ ] Document requires signature. Please sign and refile the document.

[ ] The entry "administrative record adopted" must be docketed in this case.

[ ] Other: Please correct as described and refile: [_____].

Michael Radday, Deputy Clerk
804-916-2702