IN THE UNITED STATES DISTRICT COURT FOR THE
EASTERN DISTRICT OF VIRGINIA
ALEXANDRIA DIVISION

| | |
|---|---|
| COMMONWEALTH OF VIRGINIA )<br>*ex rel.* HUNTER LABORATORIES, LLC, *et al.* )<br>)<br>Plaintiff-Relators, )<br>v. )<br>)<br>QUEST DIAGNOSTICS, INC., *et al.* )<br>)<br>Defendants. ) | CASE NO. 1:13-CV-1129 (GBL/TCB) |

## ORDER

THIS MATTER is before the Court *sua sponte*. On May 7, 2014, the Court granted the parties joint motion to stay the case until May 25, 2014 with respect to Defendant Quest Diagnostics. (Doc. 99.)

**IT IS HEREBY ORDERED** that the stay in this case is **LIFTED**. The parties must complete discovery by **October 10, 2014**. The final pretrial conference will be held on **Thursday, October 16, 2014 at 10:00 a.m.**

**IT IS SO ORDERED.**

ENTERED this 14th day of August, 2014.

Alexandria, Virginia
8/14/14

/s/
Gerald Bruce Lee
United States District Judge